IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK OTIS NELSON,

    Plaintiff,                 No. CIV S-09-0308 FCD KJM P

    vs.

MURPHY, et al.,

    Defendants.          <u>ORDER</u>

_____/

          On November 29, 2010, plaintiff filed a motion for reconsideration of the magistrate judge's order filed November 10, 2010, denying appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

          Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 10, 2010, is affirmed.

DATED: December 3, 2010.

                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE