IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK OTIS NELSON,

        Plaintiff,               No. CIV S-09-0308 KJM CKD P

   vs.

MURPHY,

        Defendant.        ORDER

                                   /

        On August 12, 2011, the magistrate judge issued an order denying plaintiff's motion to reschedule discovery. On September 8, 2011,[1] plaintiff filed a motion for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties." Plaintiff's motion for reconsideration of the magistrate judge's order of August 12, 2011 is therefore untimely.

/////

/////

/////

/////

---

[1] According to the certificate of service, the objections were mailed September 1, 2011, which is deemed to be the filing date under the prison mailbox rule. *Houston v. Lack*, 487 U.S. 266, 276 (1988). Even so, the objections are not timely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (Docket No. 45) is denied.

DATED: October 24, 2011.

3/nels0308.851

_____
UNITED STATES DISTRICT JUDGE