UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PATRICK OTIS NELSON,

        Plaintiff,                    No. CIV S-09-0308 KJM CKD P

vs.

MURPHY,

        Defendant.             **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Patrick Otis Nelson, CDCR # P-90846, a necessary and material witness in proceedings in this case on February 7, 2013, is confined in California Medical Facility, 1600 California Drive, Vacaville, California 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Nandor J. Vadas at California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95696 on February 7, 2013 at 1:00 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison, Solano, P.O. Box 4000, Vacaville, California 95696.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California Medical Facility, P.O. Box 2000, Vacaville, California 95696:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Vadas at the time and place above, until completion of the settlement conference or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: November 15, 2012

                                                  _/s/ Carolyn K. Delaney_
                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE