IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK OTIS NELSON,

      Plaintiff,                      No. 2:09-cv-0308 KJM CKD P

   vs.

MURPHY,                                      ORDER

      Defendant.

_____/

      Plaintiff, a state prisoner proceeding pro se with a civil rights complaint filed pursuant to 42 U.S.C. § 1983, has requested the appointment of counsel to represent him at the settlement conference scheduled for February 7, 2013 at 1:00 p.m. before the Honorable Magistrate Judge Nandor J. Vadas. Defendant opposes the motion.

      The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's emergency motion to appoint counsel (Dkt. No. 70) is DENIED.

Dated: January 7, 2013

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
nels0308.31