UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PATRICK OTIS NELSON, | No. 2:09-CV- 00308 KJM CKD |
| Plaintiff, | ORDER REQUIRING MEET AND CONFER AND SETTING STATUS CONFERENCE |
| v. | |
| MURPHY, | |
| Defendant. | |

This case is set for a settlement conference on February 7, 2013. (Docket no. 68.) Defense counsel is ORDERED to meet and confer telephonically with Plaintiff to discuss settlement of this case no later than February 1, 2013. The legal representative of the CDCR must be present at this telephonic meeting.

The matter is HEREBY SET for a telephonic status conference on February 5, 2013, at 1:00 pm. The parties shall dial 888-684-8852, enter access code 1868782 and security code 7416. Defense counsel shall arrange for the telephonic appearance of Plaintiff. At the status conference, the parties shall report on the outcome of their meeting regarding settlement.

IT IS SO ORDERED.

Dated: January 11, 2013

NANDOR J. VADAS
United States Magistrate Judge
Sitting by Designation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PATRICK OTIS NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>MURPHY,<br><br>    Defendants.<br>_____/ | No. 2:09-CV- 00308 KJM CKD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on January 11, 2013 , I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Patrick Otis Nelson
P-90846
CALIFORNIA MEDICAL FACILITY (CMF)
P.O. BOX 2000
VACAVILLE, CA 95696-2000

Dated: January 11, 2013

                        /s/ *Linn Van Meter*
                          Linn Van Meter
                   Administrative Law Clerk to the
                     Honorable Nandor J. Vadas