UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PATRICK OTIS NELSON,   No. 2:09-cv-0308 KJM CKD P

    Plaintiff,

vs.

MURPHY,

    Defendant.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

    Patrick Otis Nelson, CDCR # P-90846, a necessary and material witness in a settlement conference in this case on July 23, 2013, is confined in Sierra Conservation Center (SCC), 5100 O'Byrnes Ferry Road, Jamestown, California 95327, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire at the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on July 23, 2013 at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Allison Claire; and

    2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    3.  The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at SCC via facsimile at (209) 984-8570.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, SCC, 5100 O'Byrnes Ferry Road, Jamestown, California 95327:**

    **WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, until completion of the settlement conference or as ordered by Judge Claire.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: May 8, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE