UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PATRICK OTIS NELSON, | No. 2:09-cv-00308 KJM CKD |
|---|---|
| Plaintiff, | |
| v. | <u>ORDER</u> |
| R.N. MURPHY, | |
| Defendant. | |

    Plaintiff has requested clarification of payments made pursuant to the settlement agreement executed on July 23, 2013.  Defendant has provided the undersigned settlement judge with documentation of payments made, which has been reviewed in camera and found to accord with the terms of the settlement agreement as stated on the record at the conclusion of the settlement conference.  Defendant is directed to provide an accounting to plaintiff, together with a written explanation of the moneys paid and responses to plaintiff's concerns as expressed in his November 21, 2013 submission to the court, which was served on defendant.  A copy of defendant's explanation to plaintiff shall be provided to the undersigned for in camera review, together with a copy of the written settlement agreement signed on July 23, 2013.  No further action will be taken at this time.

DATED: December 6, 2013

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE